# Exhibit A

# United States Bankruptcy Court, District of Delaware

Fill in this information to identify the case (Select only one Debtor per claim form):

**Debtor:** AVENUE STORES, LLC

**Case Number:** 19-11842

RECEIVED
NOV 25 2019
Prime Clerk LLC

Official Form 410
# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Consultants 2 Go LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: BLEND360

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
BLEND360
Name
315 W 36TH STREET
Number   Street
NEW YORK      NY      10018
City          State   ZIP Code

Contact phone  8007680494
Contact email  billing@blend360.com

Where should payments to the creditor be sent? (if different)
Name _____
Number   Street _____
City      State    ZIP Code
Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____
Filed on ___/___/_____ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[ ] No Copy Provided



19118428000306

Modified Official Form 410                Proof of Claim                                page 1

Claim Number: 293

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?** $_____7,285.77_____. Does this amount include interest or other charges?

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Services Performed

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

    **Nature of property:**

    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
    ☐ Motor vehicle
    ☐ Other. Describe: _____

    **Basis for perfection:** _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    **Value of property:** $_____

    **Amount of the claim that is secured:** $_____

    **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

    **Amount necessary to cure any default as of the date of the petition:** $_____

    **Annual Interest Rate** (when case was filed) _____ %
    ☐ Fixed
    ☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

| | | Amount entitled to priority |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No ☐ Yes. Check one: ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(  ) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $_____ |

### Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11/7/2019  (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Porasah | Adaun | White |
| | First name | Middle name | Last name |
| Title | Director, Operations | | |
| Company | _____ | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | Number  Street | | |
| | City | State | ZIP Code |
| Contact phone | _____ | Email | _____ |

Modified Official Form 410        Proof of Claim        page 3



Legal Entity: Consultants 2 Go LLC
Formerly dba C2G Partners

315 W 36th Street
New York, NY 10018

# Invoice

| Date | Invoice # |
|---|---|
| 8/30/2019 | 15534 |

| Bill To |
|---|
| Avenue Stores, LLC<br>365 W Passaic St<br>Ste 320<br>Rochelle Park, NJ 07662 |

| EIN# | ASZ ID# | | Terms | Due Date |
|---|---|---|---|---|
| | | | Net 30 | 9/29/2019 |

| Week Ending | Consultant Name/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | Services since end of last retainer (July 18, 2019)<br>1. Update previous weekly new customer report by filtering for confirmed and shipped orders only (8/12)<br>2. Customer file analytics (customer # break down by last purchase recency, by channel, and purchase frequency/sales numbers for customers who purchased in last 12 mon, by channel) (8/14)<br>3. Shoes category analysis (customers who purchased shoes in last 12 mon and their email coverage, profile is not feasible due to data limitation) (8/15)<br>4. New CRM request (8/22) | 32 | 65.00 | 2,080.00 |
| | Health of file and Transfer analysis analytics | 30 | 65.00 | 1,950.00 |
| | Report builds and support | 30 | 65.00 | 1,950.00 |

C2G Partners has rebranded as BLEND360.
Our legal entity name, Consultants 2 Go LLC, has not changed

**Total**  $5,980.00

**Payments/Credits**  $0.00

**Balance Due**  $5,980.00



Legal Entity: Consultants 2 Go LLC
Formerly dba C2G Partners

315 W 36th Street
New York, NY 10018

# Invoice

| Date | Invoice # |
|---|---|
| 11/6/2019 | 15939 |

| Bill To |
|---|
| Avenue Stores, LLC<br>365 W Passaic St<br>Ste 320<br>Rochelle Park, NJ 07662 |

| EIN# | ASZ ID# | | Terms | Due Date |
|---|---|---|---|---|
| | | | Net 30 | 12/6/2019 |

| Week Ending | Consultant Name/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | Project Name: September Campaign Model Update<br><br>Travel Expenses | | 1,305.77 | 1,305.77 |

C2G Partners has rebranded as BLEND360.
Our legal entity name, Consultants 2 Go LLC, has not changed

| | Total | $1,305.77 |
|---|---|---|

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | $1,305.77 |

From: BLENA 360
315 W 36 Street
NEW YORK, NY 10018





U.S. POSTAGE PAID
FCM LG ENV
BROOKLYN, NY
11203
NOV 07, 19
AMOUNT
$1.30
R2305K136472-12



RECEIVED
NOV 25 2019
Prime Clerk LLC



AVENUE STORES LLC
CLAIMS PROCESSING CENTER
C/O PRIME CLERK LLC
850 3RD AVENUE, SUITE 412
BROOKLYN, NY  11232