# Exhibit B

DOCS_DE:234340.1 89006/001

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 2 | *Transfer Date Range: 05-18-2019 through 08-15-2019* | | | | | | |
| 3 | | | | | | | |
| 4 | **TRANSFEROR DEBTOR-AVENUE STORES, LLC** | | | | | | |
| 5 | *Vendor:* | | | | | | |
| 6 | | CONSULTANTS 2 GO LLC | | | | | |
| 7 | | 105 LOCK STREET SUI | | | | | |
| 8 | | TE 309 NEWARK NJ 07103 | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | **Payment #** | **Payment Date** | **Clear Date** | **Payment Amount** | **Invoice #** | **Invoice Date** | **Invoice Amount** |
| 12 | 686186 | 06/26/2019 | 07/09/2019 | $ 12,888.85 | 14847 | 05/17/2019 | $ 12,888.85 |
| 13 | 686509 | 07/10/2019 | 07/19/2019 | 13,416.42 | 15066 | 06/01/2019 | 13,416.42 |
| 14 | 1700386 | 08/02/2019 | 08/15/2019 | 34,865.33 | 15181 | 07/01/2019 | 20,000.00 |
| 15 | 1700386 | 08/02/2019 | 08/15/2019 | 34,865.33 | 15267 | 07/01/2019 | 14,865.33 |
| 16 | TOTAL | | | $ 61,170.60 | 4 | | |